In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant, for an Order to Take Possession of the Property and Liquidate the Business of LLOYDS INSURANCE COMPANY OF AMERICA; LYMAN A. SPALDING et al., Respondents.

Argued April 21, 1937; decided May 25, 1937.

*Irvin Waldman* and *Alfred C. Bennett* for appellant.

*James A. Doherty*, in person, and for Thomson & McGinty, respondents.

*Lyman A. Spalding*, in person (*John H. Jackson* and *Francis G. Hoyt* of counsel), respondent.

Orders affirmed, with separate bills of costs to each claimant; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.